UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SOLOMON DANIEL  )  | CIVIL ACTION NO. |
|    Plaintiff,  ) | 3:13-CV-01336-RNC |
| ) | |
| v.  ) | |
| ) | |
| MIDLAND FUNDING, LLC  ) | |
|    Defendant  ) | JUNE 18, 2014 |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiff, Solomon Daniel, through his attorney, and the defendant, Midland Funding LLC, through their attorneys, hereby stipulate that the claims of the above-entitled action shall be dismissed with prejudice and without costs or attorney's fees.

        PLAINTIFF, SOLOMON DANIEL

        By: /s/ Daniel S. Blinn___
           Daniel S. Blinn (ct02188)
           dblinn@consumerlawgroup.com
           Hailey Gallant Rice (ct29150)
           hgrice@consumerlawgroup.com
           Consumer Law Group, LLC
           35 Cold Spring Rd. Suite 512
           Rocky Hill, CT  06067
           Tel. (860) 571-0408
           Fax. (860) 571-7457

DEFENDANT, MIDLAND FUNDING, LLC

By: /s/  Nicole R. Fernandes (ct29311)
     Nicole R. Fernandes (ct29311)
     Nicole.Fernandes@wilsonelser.com
     Stephen P. Brown (ct19876)
     Stephen.Brown@wilsonelser.com
     Wilson, Elser, Moskowitz, Edleman & Dicker, LLP
     1010 Washington Boulevard
     Stamford, CT 06901
     Tel.  (203) 388-9100
     Fax. (203) 388-9101

     Thomas A. Leghorn (ct22106)
     Wilson, Elser, Moskowitz, Edleman & Dicker, LLP
     3 Gannett Drive
     White Plains, NY 10604
     Tel: (914) 323-7000
     Fax: (914) 323-7001
     Thomas.Leghorn@wilsonelser.com

## CERTIFICATION

     I hereby certify that on this 18th day of June, 2014, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

      /s/ Daniel S. Blinn_____
     Daniel S. Blinn